UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAFAA AL-MALIKI,

          Petitioner,

   v.

JEFFERSON SESSIONS, et al.,

          Respondents.

CASE NO. C18-515-RAJ-BAT

**ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME**

The Court **GRANTS** the parties' stipulated request for extension of time, Dkt. 6. Respondents shall file their return by **May 17, 2018**.

DATED this 10th day of May, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED
REQUEST FOR EXTENSION OF TIME - 1