UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAFAA AL-MALIKI,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>JEFFERSON SESSIONS, et al.,<br><br>　　　　　　　Respondents. | CASE NO. C18-515-RAJ-BAT<br><br>**ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE** |

The Court **GRANTS** the parties' stipulated motion for continuance, Dkt. 12. The Clerk shall **RE-NOTE** respondents' motion to dismiss, Dkt. 8, for **July 6, 2018**.

DATED this 5th day of June, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE - 1