# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SAFAA AL-MALIKI,

    Petitioner,

v.

JEFFERSON SESSIONS, et al.,

    Respondents.

CASE NO. C18-515-RAJ-BAT

**ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE**

The Court **GRANTS** the parties' stipulated motion for continuance, Dkt. 16. The Clerk shall **RE-NOTE** respondents' motion to dismiss, Dkt. 8, for September 7, 2018.

DATED this 3rd day of July, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE - 1